THE HONORABLE THOMAS T. GLOVER
CHAPTER 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TIMOTHY B. BENDOKAS and
HEIDI BENDOKAS,

Debtors.

NO. 09-23427

AMENDED SCHEDULE E AND
SCHEDULE F

Attached hereto are the amended Schedule E - Creditors Holding Unsecured Priority Claims and amended Schedule F - Creditors Holding Unsecured NonPriority Claims.

DATED this 5th day of April, 2010.

/s/ Emily A. Jarvis
EMILY JARVIS, WSBA #41841
Attorney for Debtors

We, Timothy Bendokas and Heidi Bendokas, are the Debtors herein, have read the foregoing amended Schedule E and Schedule F, and certify under penalty of perjury that the matters therein stated are true and correct to the best of our knowledge, information and belief.

DATED this 8th day of April, 2010.

/s/ Timothy Bendokas
Timothy Bendokas

/s/ Heidi Bendokas
Heidi Bendokas

AMENDED SCHEDULE E AND F - 1
Z:\Client Files\Bendokas, Tim & Heidi -13\Amending Schedules E and F - 4-5-10.wpd

*Law Offices*
JEFFREY B. WELLS
502 LOGAN BUILDING
500 UNION STREET
SEATTLE, WA 98101
(206) 624-0088 • Fax (206) 624-0086

B6E (Official Form 6E) (04/10)

IN RE Bendokas, Timothy B & Bendokas, Heidi                    Case No. 09-23427
                                Debtor(s)                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____ continuation sheets attached

IN RE Bendokas, Timothy B & Bendokas, Heidi         Case No. 09-23427
                        Debtor(s)                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Andrew Bendokas<br>10403 - 67th Ave S<br>Seattle, WA 98178 | | C | Employee wages | | | | 5,185.57 | 5,185.57 | |
| ACCOUNT NO.<br>Peggy Blake<br>4832 - 18th Ave SW<br>Seattle, WA 98106 | | C | Employee wages | | | | 2,786.93 | 2,786.93 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 7,972.50 | $ 7,972.50 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Painters Trusts<br>C/O Richard Robblee, Roblee Brennan & De<br>2101 4th Ave Ste 200<br>Seattle, WA | X | C | Trustfund for employee benefits business account | | | | 56,665.15 | 12,857.75 | 43,807.40 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 56,665.15 | $ 12,857.75 | $ 43,807.40

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dept Of Revenue <br> Attn: Bankruptcy Unit <br> 2101 - 4th Ave, #1400 <br> Seattle, WA 98121-2317 | | C | sales tax | | | | 19,167.01 | 19,167.01 | |
| ACCOUNT NO. <br> Internal Revenue Services <br> Central Insolvency Operations <br> PO Box 211126 <br> Philadelphia, PA 19114-3026 | | C | 941 Taxes | | | | 4,272.28 | 4,272.28 | |
| ACCOUNT NO. <br> Riverside County <br> Don Kent Treas. <br> PO Box 12005 <br> Riverside, CA 92502 | | C | California Condo Property Taxes | | | | 3,900.00 | 3,900.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to       Subtotal <br>
Schedule of Creditors Holding Unsecured Priority Claims     (Totals of this page)    $ 27,339.29    $ 27,339.29    $

Total <br>
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 91,976.94

Total <br>
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 48,169.54    $ 43,807.40

B6F (Official Form 6F) (12/07)

IN RE Bendokas, Timothy B & Bendokas, Heidi                    Case No. 09-23427
            Debtor(s)                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Affinity<br>PO Box 22118<br>Tulsa, OK 74121 | X | C | long distance services | X | X | | 28.18 |
| ACCOUNT NO.<br>American Express<br>PO Box 360002<br>Ft Lauderdale, FL 33336 | X | C | credit card - business | X | X | | 45,000.00 |
| ACCOUNT NO.<br>Amex Blue<br>PO Box 650448<br>Dallas, TX 75285-0448 | X | C | credit card for business | X | X | | 8,848.19 |
| ACCOUNT NO.<br>Bank Of Atlantic<br>Card Services<br>PO Box 1337<br>Philadelphia, PA 19101 | X | C | credit card<br>business account | X | X | | 3,000.00 |

_5_ continuation sheets attached

Subtotal (Total of this page) $ 56,876.37

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Bendokas, Timothy B & Bendokas, Heidi  Case No. 09-23427
           Debtor(s)                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cleanscapes<br>PO Box 34260<br>Seattle, WA 98124 | X | C | Office garbage services | X | X | | 283.32 |
| ACCOUNT NO.<br>Estate Of Bendokas, Jeff Bendokas PR<br>C/O J. Steven Thomas<br>Marks Bldg 1024 1st Street Ste 201<br>Snohomish, WA 98290 | | C | Loan for business from mother's estate 2008 | | | | 78,618.73 |
| ACCOUNT NO.<br>Hertz Equipment Rental<br>PO Box 26390<br>Oklahoma City, OK 73126 | X | C | Equipment Rental<br>business account | X | X | | 8,060.00 |
| ACCOUNT NO.<br>HFC<br>PO Box 60101<br>City Of Industry, CA 91716 | X | C | Loan used for business, but in personal name | X | X | | 10,000.00 |
| ACCOUNT NO.<br>HSBC<br>PO Box 80084<br>SALINAS, CA 93912 | X | C | Loan used for business, but in personal name | X | X | | 500.00 |
| ACCOUNT NO.<br>ICI<br>PO Box 100145<br>Pasadena, CA 91189 | X | C | Paint Supplier<br>business account | X | X | | 625.00 |
| ACCOUNT NO.<br>Key Bank<br>PO Box 9004<br>Des Moines, IA 50368-9004 | X | C | business account | X | X | | 5,787.93 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 103,874.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Bendokas, Timothy B & Bendokas, Heidi          Case No. 09-23427
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Miller Paint<br>12812 NE Whitaker Way<br>Portland, OR 97230 | X | C | Paint Supplier<br>business account | X | X | | 13,678.00 |
| ACCOUNT NO.<br>Outsource Marketing LLC<br>4122 Factoria Blvd SE Ste 202<br>Bellevue, WA 98006 | X | C | Vendor for Website Hosting<br>business account | X | X | | 355.00 |
| ACCOUNT NO.<br>Painters Trust<br>C/O Robblee, Brennan & Detwiler<br>2101 4th Avenue, Suite 200<br>Seattle, WA 98121 | | C | Trust Fund for Employee Benefits<br>Business Account | | | | 43,807.40 |
| ACCOUNT NO.<br>Parker Paint<br>PO Box 24603<br>Seattle, WA 98111 | X | C | Paint Supplier<br>business account | X | X | | 2,440.24 |
| ACCOUNT NO.<br>PGA West<br>Residence Association<br>PO Box 51126<br>Los Angeles, CA 90051 | | C | Home Owner's Association Dues | | | | 1,600.00 |
| ACCOUNT NO.<br>Quorum RE<br>2450 33rd Ave W #105<br>Seattl, WA 98199 | X | C | Business Office/Shop Landlord | X | X | | 1,426.00 |
| ACCOUNT NO.<br>Qwest<br>PO Box 91155<br>Seattle, WA 98111 | X | C | Office Telephone<br>business account | X | X | | 248.71 |

Sheet no. 2 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 63,555.35

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Bendokas, Timothy B & Bendokas, Heidi  Case No. 09-23427
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert Risvold<br>36211 321st St NE<br>Arlington, WA 98223-9205 | | C | Loan from Uncle | | | | 3,500.00 |
| ACCOUNT NO.<br>Rodda Paint<br>PO Box 5127<br>Portland, OR 97208 | X | C | Paint Supplier<br>business account | X | X | | 272.00 |
| ACCOUNT NO.<br>Safeco - Audit Payment Plan<br>PO Box 7198<br>Indianapolis, IN 46207 | X | C | business insurance<br>account | X | X | | 700.00 |
| ACCOUNT NO.<br>Sanderson Safety Supply<br>1101 E Third Ave<br>Portland, OR 97208 | X | C | Safety Equipment Vendor<br>business account | X | X | | 100.37 |
| ACCOUNT NO.<br>Seattle City Light<br>PO Box 34947<br>Seattle, WA 98124 | X | C | Office Utilitites<br>business account | X | X | | 600.00 |
| ACCOUNT NO.<br>Seattle Utilities<br>700 5th Ave Ste 2777<br>Seattle, WA 98124 | X | C | Office Utilities<br>business account | X | X | | 500.00 |
| ACCOUNT NO.<br>Shell<br>Payment POrocessing Center<br>PO Box 689010<br>Des Moines, IA 50368 | X | C | Fuel Company Vehicles<br>business account | X | X | | 1,589.01 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 7,261.38

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bendokas, Timothy B & Bendokas, Heidi                    Case No. 09-23427
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sherwin Williams<br>C/O Siderus, Lonergan & Martin, LLP<br>500 Union Street, Ste 847<br>Seattle, WA 98101 | X | C | Paint Supplier<br>business account | X | X | | 1,990.00 |
| ACCOUNT NO.<br>Sprint<br>PO Box 7937<br>City Of Industry, CA 91716 | X | C | Cell Phone<br>business account | X | X | | 1,200.00 |
| ACCOUNT NO.<br>ThyssenKrupp/Safeway<br>8810 S 2087th St<br>Kent, WA 98031 | X | C | Equipment Rental<br>business account | X | X | | 11,000.00 |
| ACCOUNT NO.<br>USB 0598<br>PO Box 790408<br>St. Louis, MO 63179 | X | C | Loan used for business but in personal name | X | X | | 12,615.87 |
| ACCOUNT NO.<br>USB 3275<br>PO Box 790408<br>St. Louis, MO 63179 | X | C | Loan used for business but in personal name | X | X | | 13,228.48 |
| ACCOUNT NO.<br>USB PLC<br>PO Box 790408<br>St. Louis, MO 63179 | X | C | Loan used for business but in personal name | X | X | | 24,532.88 |
| ACCOUNT NO.<br>Wac<br>Payment Remittance Center<br>PO Box 24683<br>Seattle, WA 98124 | | C | Club membership (closed) | | | | 2,302.04 |

Sheet no. 4 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 66,869.27

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Bendokas, Timothy B & Bendokas, Heidi  Case No. 09-23427
  Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WF CC-1<br>Payment Remittance Center<br>PO Box 54349<br>Los Angeles, CA 90054 | X | C | Credit Card<br>business account | X | X | | 5,000.00 |
| ACCOUNT NO.<br>WF CC-2<br>Payment Remittance Center<br>PO Box 54349<br>Los Angeles, CA 90054 | X | C | Credit Card<br>business account | X | X | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **308,437.35**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only