THE HONORABLE THOMAS T. GLOVER
Hearing Date: April 14, 2010
Hearing Time: 9:30 am
Hearing Location: Marysville
Response Date: April 7, 2010
Chapter 7

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | NO. 09-23427 |
|---|---|
| TIMOTHY B. BENDOKAS AND HEIDI BENDOKAS, | ORDER DENYING CLAIM #6 BY HERTZ EQUIPMENT RENTAL |
| Debtors. | |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court upon the objection of the Debtors to the claim by Hertz Equipment Rental ("Hertz"), Claim #6, and notice having been given to all creditors and parties in interest, and no opposition to said objection having been filed; Now, Therefore,

IT IS HEREBY ORDERED that the secured claim of Hertz, claim #6, is denied on the grounds that it is not a secured debt and is not a personal debt of the Debtors.

DATED this _____ day April, 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

ORDER DENYING CLAIM #6 BY HERTZ - 1
C:\JBWells\Client Files\Bendokas, Tim & Heidi -13\Objection to Claim Hertz - Order.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101
(206) 624-0088 • Fax (206) 624-0086

Presented by:

LAW OFFICES OF JEFFREY B. WELLS

*/s/ Emily A. Jarvis*
Emily A. Jarvis, WSBA #41841
Attorney for Debtors


Copy Received; Approved for Entry:


_____
ATTORNEY FOR CHAPTER 13 TRUSTEE

ORDER DENYING CLAIM #6 BY HERTZ - 2
C:\JBWells\Client Files\Bendokas, Tim & Heidi -13\Objection to Claim Hertz - Order.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101
(206) 624-0088 • Fax (206) 624-0086