Jeffrey C. Wishko, WSBA #12885
P. O. Box 1769
Everett WA 98206-1769
Ph: (425) 258-6261
Email: jwishko@bellingram.com

Judge Thomas T. Glover
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | No. 09-23427 - TTG |
|---|---|
| TIMOTHY B. BENDOKAS aka TIM BENDOKAS and HEIDI BENDOKAS aka HEIDI HEILAND BENDOKAS, | **EX PARTE MOTION FOR ORDER FOR RULE 2004 EXAMINATION** |
| Debtor. | **Noted for consideration on: April 28, 2010** |

Pursuant to Rule 2004, Federal rules of Bankruptcy Procedure, interested party JEFFREY BENDOKAS respectfully requests that the court enter an Order authorizing him, by and through his attorney of record Jeffrey C. Wishko of Bell & Ingram, P.S., to conduct an examination at a mutually convenient date, time and place, as follows:

1. <u>Witness to be examined:</u> Timothy B. Bendokas aka Tim Bendokas

2. <u>Date:</u> May 14, 2010

3. <u>Time:</u> 8:30 a.m.

4. <u>Place:</u> Bell & Ingram, P. S., 2918 Colby Ave., Suite 201, Everett WA

Jeffrey Bendokas is brother of Timothy B. Bendokas, and the current Personal Representative and beneficiary of the estate of Elizabeth Bendokas, the debtor's mother.

EX PARTE MOTION FOR ORDER
FOR RULE 2004 EXAMINATION – Page 1

LAW OFFICES OF
BELL & INGRAM, P.S.
2918 COLBY AVE., STE. 201
P.O. BOX 1769
EVERETT, WASHINGTON 98206
(425) 258-6261 • (206) 762-3623

11305 0001 md211703

Timothy B. Bendokas was the former Personal Representative of the Estate of Elizabeth Bendokas.

5. <u>Scope of Examination:</u> Timothy B. Bendokas will be examined about his actions shortly before he became Personal Representative of the Estate of Elizabeth Bendokas, and his handling of said estate after he was appointed Personal Representative. The examination will include but not be limited to questions regarding:

    (a) Timothy B. Bendokas' personal financial records for 2008, 2009 and 2010;

    (b) Bendokas Painting Co., Inc.'s financial records for 2008, 2009 and 2010;

    (c) Financial records for Elizabeth Bendokas before she died;

    (d) Financial records for the Estate of Elizabeth Bendokas;

    (e) Bendokas Painting Co., Inc.'s multiple Promissory Notes given to the Estate of Elizabeth Bendokas;

    (f) Timothy B. Bendokas' administration of the Estate of Elizabeth Bendokas.

6. <u>Documents to be Produced:</u>

    (a) All financial records of the Debtor, Bendokas Painting Co., Inc., Elizabeth Bendokas and the Estate of Elizabeth Bendokas in Timothy Bendokas' possession or control. "Financial records" means any and all general ledgers; transaction ledgers organized by project or account; financial statements; bank statements; balance sheets; invoices; check registers; correspondence; telephone memoranda; emails; all reports that can be generated from any accounting software;

EX PARTE MOTION FOR ORDER
FOR RULE 2004 EXAMINATION – Page 2

LAW OFFICES OF
BELL & INGRAM, P.S.
2918 COLBY AVE., STE. 201
P.O. BOX 1769
EVERETT, WASHINGTON 98206
(425) 258-6261 • (206) 762-3623

11305 0001 md211703

account statements from all accounts Debtor asserts are exempt, including but not limited to 401k accounts, individual retirement accounts, trusts, and insurance policies; tax returns; and any and all other documents or records, whether in written or electronic form, that track, document or identify any payment or receipt of any monies or other property, any income or expense or any assets or liabilities.

(b) A list of all monies distributed from Elizabeth Bendokas and the Estate of Elizabeth Bendokas commencing in 2007 to the present date, including the name of any such payee, the payee's address/phone, and the consideration for such payment(s).

Dated: April 28, 2010

BELL & INGRAM, P.S.

By: _____
JEFFREY C. WISHKO, WSBA #12885
Attorney for Jeffrey Bendokas,
Interested Party

## PROOF OF SERVICE

I, Linda M. Velia, declare under penalty of perjury of the laws of the State of Washington that on April 28, 2010, I did e-file the attached Motion for Ex Parte Order Re: 2004 Examination in the above entitled case and caused the same to be electronically transmitted via emai, or mailed by U.S. first class mail, postage prepaid, or delivered via ABC Legal Messengers, Inc., to the following parties:

Clerk of the Court
Virginia Burdette, Trustee    vlaburdette@seanet.com
U.S. Trustee                  USTPRegion18.SE.ECF@usdoj.gov

EX PARTE MOTION FOR ORDER
FOR RULE 2004 EXAMINATION – Page 3

LAW OFFICES OF
BELL & INGRAM, P.S.
2918 COLBY AVE., STE. 201
P.O. BOX 1769
EVERETT, WASHINGTON 98206
(425) 258-6261 • (206) 762-3623

11305 0001 md211703

| | |
|---|---|
| Jeffrey B. Wells, Atty for Debtor | eajbwellaw@aol.com |
| Emily A. Jarvis, Atty for Debtor | jarvisea@gmail.com |
| SaNni M-K Hull, Atty for Employee Painters trust | shull@unionattorneysnw.com |
| Aaron Masser, Atty for BAC | ecf@rcolegal.com |
| James Miersma, Atty for BAC | ecf@rcolegal.com |
| Mark Moburg, Atty for BAC | ecf@rcolegal.com |

GE Money Bank
c/o Office Manager
Recovery Management Systems Corp.
25 SE 2nd Ave. #1120
Miami FL 33131-1605

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell GA 30076

_____
Linda M. Velia

EX PARTE MOTION FOR ORDER
FOR RULE 2004 EXAMINATION – Page 4

LAW OFFICES OF
BELL & INGRAM, P.S.
2918 COLBY AVE., STE. 201
P.O. BOX 1769
EVERETT, WASHINGTON 98206
(425) 258-6261 • (206) 762-3623

11305 0001 md211703